UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VERNICE SCIPPIO, on behalf of
himself and others similarly situated

       Plaintiff,

v.                                        Case No: 2:18-cv-344-FtM-38CM

PEOPLEREADY, FLORIDA, INC.,

       Defendant.
_____/

## OPINION AND ORDER[1]

Before the Court is United States Magistrate Judge Carol Mirando's Report and Recommendation. (Doc. 19). Judge Mirando recommends granting the parties' Joint Motion for Approval of Plaintiff's Acceptance of Defendant's Offer of Judgment and Dismissal with Prejudice. Neither party objects to the Report and Recommendation, and the time to do so has expired.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

After examining the file independently, and upon considering Judge Mirando's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. 19) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.

(2) The Joint Motion for Approval of Plaintiff's Acceptance of Defendant's Offer of Judgment and Dismissal with Prejudice is **GRANTED** (Doc. 18).

   a. Final Judgment must be entered against Defendant Peopleready, Inc. in the amount of $5,000.00, with $1,125.00 representing Plaintiff's overtime compensation, $1,125.00 representing Plaintiff's liquidated damages, $200.00 representing pre-judgement interest, and $2,550.00 representing Plaintiff's attorney's fees; and

   b. The above-captioned case is **DISMISSED WITH PREJUDICE**.

(3) The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of October 2018.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record